# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-18-00587-CV

**Cielo Property Group, LLC; Robert Dillard III; and Robert Gandy IV, Appellants**

**v.**

**Branigan Mulcahy, Appellee**

### FROM THE 250TH DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-GN-18-003429, THE HONORABLE JAN SOIFER, JUDGE PRESIDING

### O R D E R

**PER CURIAM**

Appellants have filed an emergency motion for temporary relief, seeking a stay of the underlying proceedings during the pendency of their interlocutory appeal from an order denying their motion to compel arbitration. We grant the motion for temporary relief and stay the trial-court proceedings until the disposition of the appeal or until further order of this Court. *See* Tex. R. App. P. 29.3 ("[T]he appellate court may make any temporary orders necessary to preserve the parties' rights until disposition of the appeal . . . .").

It is ordered on September 20, 2018.

Before Justices Goodwin, Field, and Bourland